No. 32, Misc. McIntosh *v.* Pescor, Warden. Motion for leave to file petition for writ of certiorari denied. Petitioner *pro se*. *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for respondent.

No. 115, Misc. Webb *v.* Illinois et al. Petition for injunction denied.

No. 117, Misc. Bays *v.* Howard, Warden. Motion for leave to file petition for writ of certiorari denied.

No. 136, Misc. Stelloh *v.* Warden of the Wisconsin State Prison; and

No. 146, Misc. Stephenson *v.* New Jersey. Motions for leave to file petitions for writs of habeas corpus denied.